AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Distributed Media Solutions, LLC <br><br> *Plaintiff(s)* <br> v. <br> Aspiro AB <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-cv-255-JRG-RSP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aspiro AB
SERVE: Service of Process, Texas Secretary of State
James E. Rudder Building
1019 Brazos, Room 105
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stafford Davis
The Stafford Davis Firm, PC
815 South Broadway Avenue
Tyler, Texas 75701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/8/22   _David A. O'Toole_
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-255-JRG-RSP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

*SERVICE RETURN ATTACHED*

I declare under penalty of perjury that this information is true.

Date: _____

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                              [Reset]

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:22-CV-255-JRG-RSP

Plaintiff:
**Distributed Media Solutions, LLC**

vs.

Defendant:
**Aspiro AB**

For:
The Stafford Davis Firm, PC
The People's Petroleum Building
102 North College Avenue, Suite 1300
Tyler, TX 75702

Received by Dane Ray Cuppett on the 11th day of July, 2022 at 9:11 am to be served on **Aspiro AB by serving through the Texas Secretary of State, 1019 Brazos St, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **11th day of July, 2022** at **3:35 pm**, I:

executed to the **SECRETARY OF STATE** by delivering in duplicate a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Plaintiff's Complaint for Patent Infringement, Exhibit A, Exhibit B, and Exhibit C** with the date of delivery endorsed thereon by me, to: **Danielle Jordan** at **1019 Brazos St, Austin, Travis County, TX 78701**, as the designated agent for the Texas Secretary of State to accept delivery of process on behalf of **Aspiro AB**.  An administrative fee of $55.00 was also tendered.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 11th day of July, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

_____
Dane Ray Cuppett
PSC-7114, Exp. 10/31/2023

7/11/2022
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2022007472
Ref: Distributed Media Solutsions v Aspiro AB