# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
<u>  Marshall  </u> DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 1:42 pm, Oct 20, 2022

1. This application is being made for the following: Case # <u>2:22-CV-0255-JRG-RSP</u>

Style/Parties: <u>Distributed Media Solutions, LLC v. Aspiro AB</u>

2. Applicant is representing the following party/ies: <u>Distributed Media Solutions, LLC</u>

3. Applicant was admitted to practice in <u>NY</u> (state) on <u>05/10/2004</u> (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ●has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ●has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ●has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
<u>New York, District of Columbia, S.D.N.Y., E.D.N.Y., W.D. Tex., E.D. Wis., Federal Circuit</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>Daniel C. Miller</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>10/20/2022</u>   Signature <u>/s/ Daniel C. Miller</u> (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Daniel C. Miller
Bar Number /State 4232773 NY
Firm Name: King & Wood Mallesons
Address/P.O. Box: 500 Fifth Avenue, 50th Floor
City/State/Zip: New York, NY 10110
Telephone #: 212 319 4755
Fax #: 917 591 8167
E-mail Address: daniel.miller@us.kwm.com
Secondary E-Mail Address:

This application has been approved for the court on: **10/20/22**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _NakishaLove_
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**