IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISTRIBUTED MEDIA SOLUTIONS LLC, § § § *Plaintiff,* § § v. § § ASPIRO AB, § § *Defendant.* § § § | Case No. 2:22-CV-00255-JRG-RSP |

## ORDER

Before the Court, plaintiff Distributed Media Solutions, LLC and defendant Aspiro AB move for an extension of time for (1) Distributed Media Solutions, LLC to oppose Aspiro AB's motion to change venue, and for (2) Aspiro AB to comply with local rule P.R. 3-3 and 3-4 and provide subject matter eligibility contentions. **Dkt. No. 18**. Having considered the motion and its joint nature, it is **GRANTED**.

Distributed Media Solutions, LLC may file its brief in opposition to Aspiro AB's motion to change venue by December 16, 2022. Aspiro AB may comply with local rule P.R. 3-3 and 3-4 and provide subject matter eligibility contentions by January 19, 2023.

**SIGNED this 23rd day of November, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE