IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DISTRIBUTED MEDIA SOLUTIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-CV-00255-JRG-RSP |
| ASPIRO AB, | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is the Joint Motion of Dismissal (the "Motion") filed by Plaintiff Distributed Media Solutions, LLC and Defendant Aspiro AB. (Dkt. No. 26.)

Having considered the Motion, and in light of its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 13th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE